# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| TOP PEARL, LTD., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-1249 |
| | § | |
| COSA FREIGHT, INC., *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

In accordance with the court's order issued this day, it is **ORDERED, ADJUDGED, AND DECREED**:

1.    That judgment by default be entered in favor of Top Pearl, Ltd. ("Top Pearl") against defendants Karla Soria ("Soria"), Alberto Bonilla ("Bonilla"), and James William Reilly d/b/a Warehouse Management Group ("Reilly");

2.    That Top Pearl shall recover from the defendants Soria, Bonilla, and Reilly, jointly and severally liable, its actual damages in the amount of $92,299.20;

3.    That Top Pearl shall recover from defendant Reilly $4,930.00 for attorney's fees awarded as discovery sanctions pursuant to the court's orders entered December 6, 2012 and March 22, 2013 (Dkts. 76, 86);

4.    That the issue Top Pearl's award of attorney's fees and costs is reserved by this court for later determination;

5.    That pre-judgment interest shall accrue at a rate of 5% per annum from the date this suit was filed until the day preceding this date judgment is rendered; and

6.     That post-judgment interest shall accrue on this award at a rate of 0.11% per annum, from the date of entry of this judgment until the date the judgment is paid.

All writs and process for the enforcement and collection of this judgment may issue as necessary.  In connection with any Writ of Execution in this case, the court directs the United States Marshals Service to use any means or force reasonably necessary to satisfy this judgment.

This is a **FINAL JUDGMENT**.

Signed at Houston, Texas on October 9, 2013.

_____
Gray H. Miller
United States District Judge