# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| TOP PEARL, LTD., | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION H-10-1249 |
| | § | |
| COSA FREIGHT, INC., *et al.*, | § | |
| | § | |
| *Defendants*. | § | |

## ORDER

Pending before the court is plaintiff's motion to compel, for discovery sanctions and civil contempt. Dkt. 107. Plaintiff has shown that James W. Reilly d/b/a Warehouse Management Group ("Reilly") was served with plaintiff's post-judgment discovery requests on May 1, 2014 at Reilly's home address. Dkt. 107, Ex. A. Reilly's response was due on or before June 1, 2014. Reilly has failed to respond to plaintiff's discovery requests.

Therefore, the court will GRANT in part plaintiff's motion (Dkt. 107), and ORDER defendant James W. Reilly d/b/a Warehouse Management Group to respond to Plaintiff-Judgment Creditor Top Pearl Ltd.'s First Set of Requests for Production in Aid of Judgment and deliver such response to attorney A. Federico Longoria, III at 7718 Broadway, San Antonio, Texas 78209, **by 5:00 p.m. on Friday, August 15, 2014.** If James W. Reilly d/b/a Warehouse Management Group fails to fully respond by this date, then James W. Reilly d/b/a Warehouse Management Group may be held in civil contempt for violating this court's order, subjecting James W. Reilly d/b/a Warehouse Management Group to **additional fines or imprisonment** until he fully complies with this order. Plaintiff's request for civil contempt and discovery sanctions is, therefore, denied without

prejudice to refiling if James W. Reilly d/b/a Warehouse Management Group fails to comply with this order.

    It is so ORDERED.

    Signed at Houston, Texas on July 22, 2014.

                                                                                                    _____
                                                                                                        Gray H. Miller
                                                                             United States District Judge